SMITH, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 9, 1903.) Action by Margaret Smith against the Brooklyn Heights Railroad Company. No opinion. Motion denied, with $10 costs.